

H. BARRET MARSHALL, JR.
BMARSHALL@GRSM.COM
DIRECT (214) 231-4757

ATTORNEYS AT LAW
211 NORTH BROADWAY, SUITE 2150
ST. LOUIS, MO 63102
WWW.GRSM.COM

March 2, 2020

United States District Court
Southern District of Illinois
Office of the Clerk
750 Missouri Avenue
East St. Louis, IL 62201

Re:   *Arlan Wieland v. ArvinMeritor, Inc., et al.*
      Case No. 3:20-cv-0196-SMY in the Southern District of Illinois

To Whom it May Concern:

   I am writing to respectfully inform this Court that the parties have reached a settlement agreement in this case and are finalizing the resolution of this matter.

   Please let me know if any additional action is required. Thank you.

   Very truly yours,

   */s/ H. Barret Marshall, Jr.*

   H. Barret Marshall, Jr.

HBM/ar